UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20463-CIV-SEITZ/SIMONTON

SWAGELOK COMPANY,

    Plaintiff,

v.

ELITE SALES, INC.,

    Defendant.
_____/

**ORDER GRANTING JOINT MOTION TO ENTER CONSENT FINAL JUDGMENT**

THIS MATTER came before the Court upon the parties' Joint Motion to Enter Consent Final Judgment [DE 20]. Upon review and noting that this is a joint motion, it is

ORDERED that

(1) The parties' Joint Motion to Enter Consent Final Judgment is GRANTED. [DE 20].

(2) The Court is concurrently entering a final judgment against Defendant.

(3) All motions not otherwise ruled upon are DENIED AS MOOT.

(4) This CASE IS CLOSED.

DONE AND ORDERED in Miami, Florida, this 19th day of March, 2012.

                                          PATRICIA A. SEITZ
                                          UNITED STATES DISTRICT JUDGE

cc: Counsel of Record